Wednesday, January 15, 2014

Misc. No. 14–8007/NA. L.C., Midshipman U.S. Navy, Appellant v. Daniel J. Daugherty, Colonel, USMC (in his official capacity as Military Judge), Appellee, Eric Graham, Midshipman U.S. Navy, Real Party In Interest. CCA 201300486. On consideration of Appellant's motion for an emergency stay of the proceedings and motion to dismiss the writ-appeal petition, it is ordered that said motion to dismiss the writ-appeal petition is hereby granted, and said motion for an emergency stay of the proceedings is hereby denied as moot.